**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:17-cv-60356-KMM**

| | |
|---|---|
| **CHASTIDI CORREA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ADVANCE STORES COMPANY, INC.** | ) |
| | ) |
|     **Defendant.** | ) |
| _____ | ) |

**NOTICE OF SETTLEMENT**

Defendant, ADVANCE STORES, COMPANY, INC., through its undersigned counsel and pursuant to Southern District of Florida, Local Rule 16.2(f)(2), S.D. Fla L.R, hereby advises the Court that the parties have reached in principle an amicable settlement of all claims in this matter. Upon finalization of the settlement documents, the parties will file a Joint Stipulation for Dismissal with Prejudice.

Dated this 21st day of March, 2017.

Respectfully submitted,

JACKSON LEWIS PC
390 No. Orange Avenue, Suite 1285
Orlando, FL  32801
Telephone:  407-246-8440
Facsimile:   407-246-8441

By:     */s/ Nicole A. Sbert*
        Nicole A. Sbert
        Florida Bar No.0896861
        sbertn@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of March, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Nicole A. Sbert*
Nicole A. Sbert

## SERVICE LIST

| | |
|---|---|
| Louis I. Mussman | Nicole A. Sbert |
| Florida Bar No.: 597155 | Florida Bar No.: 0896861 |
| Email: louis@kumussman.com | Email: sbertn@jacksonlewis.com |
| KU & MUSSMAN, P.A. | JACKSON LEWIS PC |
| 18501 Pines Blvd - Suite 209-A | 390 North Orange Avenue, Suite 1285 |
| Pembroke Pines, FL 33029 | Orlando, FL 32801 |
| Telephone: (305) 891-1322 | Telephone: (407) 246-8440 |
| Facsimile: (305) 891-4512 | Facsimile: (407) 246-8441\ |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Chastidi Correa* | *Advance Stores Company, Inc.* |

*4824-3170-8716, v. 1*